UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LAMON ESQUIVEL,<br><br>    Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 11cv1431 JAH (POR)<br><br>**ORDER DENYING PETITION FOR WRIT OF CORAM NOBIS** |

Pending before the Court is Petitioner Jaime Lamon Esquivel's petition for a writ of corum nobis. Respondent filed an answer and Petitioner filed a reply. After a review of the submissions and for the reasons discussed below, the Court DENIES the petition as moot.

### BACKGROUND

On July 22, 1997, after pleading guilty to two counts of importation of marijuana in violation of Title 21 United States Code sections 952 and 960, Petitioner was sentenced to thirty-three months imprisonment followed by three years of supervised release. On October 7, 2003, Petitioner plead guilty to one count of knowingly and intentionally importing marijuana into the United States in violation of Title 21, United States Code section 952 and 960. This Court sentenced Petitioner to a ten month prison term followed by three years of supervised release on December 22, 2003.

On July 31, 2006, Petitioner plead guilty to possession of heroin with intent to distribute in violation of Title 21 United States Code section 841(a) in the District of

Nevada. He was sentenced to a term of two hundred and sixty-two months imprisonment followed by five years of supervised release.

Petitioner filed the pending petition on June 27, 2011. Respondent filed an answer on October 20, 2011, and Petitioner filed a reply on November 22, 2011.

## DISCUSSION

Petitioner maintains his 1997 conviction was the result of ineffective assistance of counsel and should be overturned. Specifically, he argues his attorney mislead him as to immigration consequences resulting from pleading guilty. In response, Respondent contends the claim to relief under a petition for writ of coram nobis based upon being misadvised about immigration consequences is moot because Petitioner is a United States citizen.

Respondent submits evidence demonstrating Petitioner acquired citizenship on September 4, 1996. See Certificate of Citizenship, Respondent's Exh. 4. Any alleged advice regarding immigration consequences of pleading guilty is not applicable to Petitioner as a citizen. Accordingly, his petition based upon the alleged advice is moot.

## CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED the petition for writ of coram nobis is **DENIED as moot.**

DATED: January 24, 2012

JOHN A. HOUSTON
United States District Judge